THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN JOSEPH FADER,

                    Plaintiff,

    v.

NORM GOODENOUGH, *et al.*,

                    Defendants.

CASE NO. C21-5058-JCC

ORDER

      This matter comes before the Court on the Report and Recommendation (R&R) of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 11). Having thoroughly considered the R&R, Plaintiff's second amended complaint (Dkt. No. 10), and the relevant record, and having received no objections to the R&R, the Court ORDERS that:

      1.  The R&R (Dkt. No. 11) is ADOPTED.

      2.  Plaintiff's second amended complaint (Dkt. No. 10) and this action are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

      3.  The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Peterson.

//

//

//

1    DATED this 26th day of March 2021.

2

3

4

5    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C21-5058-JCC
PAGE - 2